| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Staton, Josephine L. | 2. Court or Organization<br><br>U.S. District Court, Central District of California | 3. Date of Report<br><br>10/22/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>411 W. Fourth Street<br>Santa Ana, CA 92701-4516 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judicial Advisory Council | Association of Business and Trial Lawyers |
| 2. Board Member | Federal Bar Association - Orange County Chapter |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 10/22/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | The Art Law Group ("ALG") (self-employed lawyer) |
| 2. | 2017 | One LLP (self-employed lawyer) |
| 3. | 2017 | Self-employed writer |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business and Trial Lawyers | 03/31/17 through 04/02/17 | Monterey, CA | Board Meeting | Lodging & Transportation |
| 2. | Association of Business and Trial Lawyers | 10/04/17 through 10/08/17 | Carlsbad, CA | Education/Annual Conference | Lodging & Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 10/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ditech | Mortgage on Rental Property #1, Orange County, CA (Part VII) | M |
| 2. | ALG clients | Client Trust Account | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 10/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 (H) | | | | | | | | | |
| 2.   -Ave Maria Rising Dividend Fund | B | Dividend | M | T | | | | | |
| 3.   -First Eagle Overseas Fund Cl 1 | B | Dividend | M | T | | | | | |
| 4.   -First Eagle US Value Fund Cl 1 | A | Dividend | M | T | | | | | |
| 5.   -Janus Balanced Fund Cl J | C | Dividend | M | T | | | | | |
| 6.   -Sterling Capital Stratton Small Cap Value Fund | A | Dividend | M | T | | | | | |
| 7.   -Janus Flexible Bond Fund CLT | A | Dividend | K | T | | | | | |
| 8.   -Charles Schwab Bank (Cash Account) | | None | J | T | | | | | |
| 9.   IRA #2 (H) | | | | | | | | | |
| 10.  -Parnassus Core Equity Fund Investor SH | B | Dividend | M | T | | | | | |
| 11.  -Charles Schwab Bank (Cash Account) | | None | J | T | | | | | |
| 12.  State of California Savings Plus Program (401k/457) (H) | | | | | | | | | |
| 13.  -Large Cap Fund | B | Interest | M | T | | | | | |
| 14.  -Target Date Fund | A | Interest | L | T | | | | | |
| 15.  Schwab 529 College Savings Plan Short Term Portfolio | | None | K | T | Sold (part) | 01/27/17 | K | A | |
| 16. | | | | | Sold (part) | 02/02/17 | J | A | |
| 17.  Schwab 529 College Savings Plan Short Term Portfolio (Y) | A | Int./Div. | | | Sold | 01/27/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 10/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab 529 College Savings Plan Moderately Conservative Portfolio | A | Int./Div. | L | T | Buy | 01/27/17 | K | | |
| 19. | | | | | Sold (part) | 08/28/17 | J | A | |
| 20. | | | | | Sold (part) | 12/04/17 | J | A | |
| 21. | | | | | Sold (part) | 12/11/17 | J | A | |
| 22. | | | | | Sold (part) | 12/21/17 | J | A | |
| 23. United Health Group | B | Dividend | M | T | Sold (part) | 07/28/17 | M | F | |
| 24. Charles Schwab Bank (Cash Account) | | None | J | T | | | | | |
| 25. Chase Bank (Cash Account) #1 | | None | J | T | | | | | |
| 26. Chase Bank (Cash Account) #2 (X) | | None | K | T | | | | | |
| 27. American Express Bank (Cash Account) | B | Interest | K | T | | | | | |
| 28. U.S. Series E Savings Bonds | A | Interest | J | T | | | | | |
| 29. Rental Property #1 Orange County, CA | D | Rent | N | W | | | | | |
| 30. IRA #3 (H) | | | | | | | | | |
| 31. -Rental Property #2 Orange County CA | D | Rent | N | W | | | | | |
| 32. -Custodial Cash (IRA Services Trust Co.) | | None | L | T | | | | | |
| 33. First Republic Checking 1 | A | Interest | K | T | | | | | |
| 34. First Republic Savings 1 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 10/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Republic Checking 2 | A | Interest | K | T | | | | | |
| 36. First Republic Savings 2 | A | Interest | K | T | | | | | |
| 37. USAA Checking 1 | A | Interest | L | T | | | | | |
| 38. USAA Checking 2 | A | Interest | L | T | | | | | |
| 39. USAA Checking 3 | A | Interest | J | T | | | | | |
| 40. USAA Checking 4 | A | Interest | M | T | | | | | |
| 41. USAA Savings 1 | A | Interest | J | T | | | | | |
| 42. USAA Savings 2 | A | Interest | J | T | | | | | |
| 43. USAA 529 College Plan (H) | | | | | | | | | |
| 44. -USAA Age-Based (14-15) 529 Conservative Portfolio Mutual Fund | A | Int./Div. | M | T | | | | | |
| 45. USAA IRA (H) | | | | | | | | | |
| 46. -USAA Money Market (Cash) Mutual Fund | A | Int./Div. | K | T | | | | | |
| 47. USAA Brokerage (H) | | | | | | | | | |
| 48. -UUSTX Short Term Bond Mutual Fund | A | Int./Div. | M | T | | | | | |
| 49. Fidelity Roth IRA (H) | | | | | | | | | |
| 50. -FUSVX Fidelity Mutual Fund | A | Int./Div. | M | T | | | | | |
| 51. Fidelity Rollover IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 10/22/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -FUXVX Fidelity Mutual Fund | A | Int./Div. | M | T | | | | | |
| 53. Fidelity Indiv. Account (H) | | | | | | | | | |
| 54. -FDRXX Fidelity Bond Fund | A | Int./Div. | J | T | | | | | |
| 55. Fidelity Indv. Account (H) | | | | | | | | | |
| 56. -Wells Fargo QPIQQ Mutual Funds | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 10/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII., p.4, line 18: Schwab 529 College Savings Plan Moderately Conservative Portfolio appeared on 2016 Financial Disclosure Report on Part VII., p 4, Line 17 as Schwab 529 College Savings Plan Moderately Aggressive Plan. All the funds in the Schwab 529 College Savings Plan Short Term Portfolio (line 17) were transferred into this fund, and the fund on line 17 was closed. Some of the funds in the Schwab 529 College Savings Plan Short Term Portfolio (line 15) were transferred into this fund. The value of these transfers is reflected on lines 15, 17, and 18.

Part VII, line 28: U.S. Series E Bonds. The value decreased because ▮▮▮▮▮▮▮▮ who hold the bonds are no longer dependents.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Josephine L. Staton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)